658

No. 517. SIROCCO COMPANY *v.* MIAMI. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Sol A. Rosenblatt* for petitioner. *Mr. John W. Watson, Jr.* for respondent.

No. 519. CAMDEN FIRE INSURANCE ASSN. *v.* SUND-QUIST, ADMINISTRATRIX. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Herbert W. Hirsh* for petitioner. *Mr. Harry C. Heyl* for respondent.

No. 521. DARLING STORES CORP. *v.* YOUNG REALTY Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Eugene F. Roth* and *George Cosson* for petitioner. *Mr. Vincent Starzinger* for respondent.

No. 522. HERCULES MINING Co. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John H. Wourms* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Misses Helen R. Carloss* and *Louise Foster* for the United States.

No. 528. OHIO OIL Co. ET AL. *v.* THOMPSON, TRUSTEE, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Thos. H. Cobbs, Craig Van Meter, Wm.*